UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -6 AM 8: 30

CLERK_____
SO. DIST. OF GA

| UNITED STATES OF AMERICA | ) | Information No. CR407-360 |
| --- | --- | --- |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 7 and 13 |
| | ) | O.C.G.A. |
| **ROBERT WHITE JR.** | ) | 40-6-391(a)(1) |
| | ) | 40-6-391(a)(5) |
| | ) | D.U.I. on a |
| | ) | Military Reservation |

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about August 10th, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States, and located within the Southern District of Georgia,

**ROBERT WHITE JR.**

did unlawfully drive and was in actual physical control of a vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

### COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about August 10th, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States, and located within the Southern District of Georgia,

**ROBERT WHITE JR.**

did unlawfully drive and was in actual physical control of a vehicle while his alcohol concentration was 0.08 grams or more at a time within three hours after such driving from alcohol consumed before such

driving ended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

EDMUND A. BOOTH JR.
UNITED STATES ATTORNEY

Assistant U.S. Attorney

Ron Gross
Special Assistant U.S. Attorney
Missouri Bar 49715