UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -6  AM 8: 30

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR407-360 |
| | ) | |
| v. | ) | VIO: 18 U.S.C. 7 and 13 |
| | ) | O.C.G.A. |
| **ROBERT WHITE JR.** | ) | 40-6-391(a)(1) |
| | ) | 40-6-391(a)(5) |
| | ) | D.U.I. on a |
| | ) | Military Reservation |

## PENALTY INFORMATION

Counts One & Two
D.U.I. (as to each count if 1st Offense)

Fine of NLT $300, NMT $1000
Imprisonment NLT 10 days, NMT 12 months (ALL MAY BE SUSPENDED, STAYED, OR PROBATED, EXCEPT 24 HOURS WHEN BAC IS 0.08 OR MORE)
NLT 40 Hours Community Service
Special Assessment of $25

Counts One & Two
D.U.I. (as to each count if 2d Offense)

Fine of NLT $600, NMT $1000
Imprisonment NLT 90 days, NMT 12 months (ALL BUT 72 HOURS MAY BE SUSPENDED STAYED OR PROBATED)
NLT 30 Days Community Service
Special Assessment of $25

Counts One & Two
D.U.I. (as to each count if 3d or subsequent offense)

Fine of NLT $1000, NMT $5000
Imprisonment NLT 120 days, NMT 12 months (ALL BUT 15 DAYS MAY BE SUSPENDED, STAYED, OR PROBATED)
NLT 30 Days Community Service
Special Assessment of $25

Respectfully submitted,

EDMUND A. BOOTH JR.
UNITED STATES ATTORNEY

*Rm*
Ron Gross
Special Assistant U.S. Attorney