UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CASE NO. CR407-360          MINUTES          JUDGE CODE: 3JBC

UNITED STATES of AMERICA                    ~~MAJ. GROSS~~
                                            Capt. Brennan
_____                         _____
       Plaintiff                            Counsel for Plaintiff

vs.
ROBERT WHITE, JR.

_____                         _____
       Defendant                            Counsel for Defendant

ALSO PRESENT:    **SHERRI F. FLANDERS**    Courtroom Deputy Clerk
                 **FTR**                   Court Reporter
                 CSO                       U. S. Marshal
                 **STEVENS/~~RIGGINS~~**   U. S. Probation
                 Gray

                                           SAVANNAH, GA
Jan. 7, 2008                               _____
DATE                                       PLACE

       CASE CALLED THIS DATE FOR   INITIAL APPEARANCE, PLEA, SENTENCING
RIGHT ADVISED; DFT SWORN; CHARGES & MAX PENALTIES SET OUT BY THE COURT
DFT PLEADS GUILTY - COUNT(S) One   COUNT(S) Two - DISMISSED
✓ GOV'T SETS OUT PLEA NEGOTIATIONS AND SENTENCING RECOMMENDATION.
✓ GOV'T GIVES FACTUAL BASIS FOR THE PLEA.
✓ COURT ACCEPTS PLEA. PLEA ENTERED.
✓ USPO SETS OUT PRIOR CRIMINAL HISTORY & SENTENCING RECOMMENDATION.
✓ USPO SETS OUT GUIDELINES RANGE.

SENTENCE: COUNT One - 12 MONTHS PROBATION c e.t.
          $ 300.00 FINE WITH ALL BUT $_____ SUSPENDED @ $50/mth.
          40 HOURS COMMUNITY SERVICE
          24 HOURS ~~HOME~~ CONFINEMENT c credit for time served
          $25.00 SPECIAL ASSESSMENT
subs. abuse t/t as deemed necessary by USPO; no alcohol
          COUNT    MONTHS PROBATION
                   FINE WITH ALL BUT $_____ SUSPENDED
                   HOURS HOME CONFINEMENT
                   SPECIAL ASSESSMENT

## VERDICT

We, the jury find the defendant, _____
this _____ day of _____, 20 _____.

_____
Foreman

## PLEA

The defendant, Robert White Jr., waives arraignment and pleads **Guilty - Count One** in open Court, this **7th** day of **January**, 20 **08**.

_____
Counsel for Defendant

X Robert White
Defendant

EDMUND A. BOOTH JR.
United States Attorney
USA-40-21-1

Filed in open court this
6 day of Nov 20 07
_____
Deputy Clerk

INFORMATION FOR
18 U.S.C 7 & 13, O.C.G.A.
40-6-391(a)(1),
40-6-391(a)(5)

United States District Court
Southern District of Georgia
Savannah Division

United States
v.
Robert White Jr.

CR No. 407-360

## PLEA

The defendant(s), _____
_____
being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads _____.

In open Court, this _____ day of _____, 20 _____.

_____
_____
_____

Witness:
_____

Clerk, United States Court