PROB 35
Rev. 5/01

Case 4:07-cr-00360-GRS   Document 6   Filed 03/19/08   Page 1 of 1

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA

      V.                                CR407-00360-001

Robert White, Jr.

On January 7, 2008, the above-named was placed on probation for a period of 12 months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Robert White, Jr., be discharged from probation.

Respectfully submitted,

Ervin G. Frazier II
United States Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this _19th_ day of March, 2008.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA